ELIZA POLAND, Appellant, *v.* UNITED TRACTION COMPANY, Respondent.

*Poland* v. *United Traction Co.*, 112 App. Div. 907, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 19, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*George B. Wellington* for appellant.

*John E. MacLean* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT and HISCOCK, JJ. Dissenting: EDWARD T. BARTLETT and VANN, JJ. Not sitting: CHASE, J.